UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COREY THOMAS | CIVIL ACTION |
| VERSUS | NUMBER: 16-4661 |
| JEFFERSON PARISH CORRECTIONAL CENTER, ET AL. | SECTION: "I"(5) |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection[1] by plaintiff, Corey Thomas, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's complaint is dismissed with prejudice pursuant to and 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 1st day of June, 2016

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] In his objection to the U.S. Magistrate Judge's Report and Recommendation, plaintiff asks that this Court "consider" adding Sheriff Newell Normand and Nurse Pounds to this lawsuit. However, plaintiff provides no detail as to the conduct of such persons or why either is an appropriate defendant in this case. Notwithstanding the fact that plaintiff is proceeding pro se, his non-specific allegations against those persons and total failure to advise why those persons may be held liable compels this Court to conclude that the U.S. Magistrate Judge's Report and Recommendation should be affirmed.